# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UPMC BRADDOCK, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 09-01210 (PLF) |
| v. ) | |
| ) | |
| HILDA A. SOLIS, <u>et al.</u>, ) | |
| Secretary, United States Department of ) | |
| Labor ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney DAVID C. RYBICKI as a counsel for Defendants in the above-captioned case.

Respectfully Submitted,

  /s/ David C. Rybicki
DAVID C. RYBICKI, D.C. Bar #976836
Assistant United States Attorney
Civil Division
555 4th St. NW
Washington, D.C. 20530
(202) 353-4024
(202) 514-8780 (fax)