UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UPMC BRADDOCK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:09-cv-1210-PLF |
| ) | |
| HILDA L. SOLIS, Secretary, United States ) | |
| Department of Labor, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING A CERTIFIED ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that Pursuant to Local Rule 5.4(e)(1), Defendants have filed the public Administrative Record in the above-captioned case on CD by hand-delivering it to the Clerk's Office on July 30, 2010, because the public Administrative Record exceeds 500 pages. Defendants' certification of the record and an index of the record are included on the CD of the Administrative Record.

Defendants have served a copy of the public Administrative Record on Plaintiff by sending it, this day, via Federal Express delivery, to:

| | |
|---|---|
| Jeffrey W. Larocca | Ryan J. Siciliano |
| Eckert Seamans Cherin & Mellot, LLC | Eckert Seamans Cherin & Mellot, LLC |
| 1717 Pennsylvania Ave. NW Suite 1200 | U.S. Steel Tower |
| Washington, DC 20006 | 600 Grant St., 44th Floor |
| | Pittsburgh, PA 15219 |

Defendants have also, this day, sent a courtesy copy of the public Administrative Record to the Court by messenger.

Dated: July 30, 2010                Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH LOBUE
Assistant Branch Director

    /s/ Lily S. Farel
LILY S. FAREL
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-7633
Fax: (202) 616-8460
lily.farel@usdoj.gov

*Attorneys for Defendants*