# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UPMC BRADDOCK, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) Civ. A. No. 1:09-1210-PLF<br>HILDA L. SOLIS, Secretary, United States )<br>Department of Labor, *et al.*, )<br>)<br>Defendants. )<br>) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants, Hilda Solis, the United States Department of Labor, Patricia Shiu,[1] and Office of Federal Contract Compliance Programs respectfully move for summary judgment on the claims of Plaintiffs UPMC Braddock, UPMC Southside, and UPMC McKeesport.  For the reasons set forth in the accompanying Memorandum in Support of Defendants' Motion for Summary Judgment, this Court should grant summary judgment in favor of Defendants.

September 23, 2010                                             Respectfully Submitted,


Katherine E. Bissell                                           TONY WEST
Associate Solicitor of Labor                                   Assistant Attorney General

Beverly Dankowitz                                              RONALD C. MACHEN, JR.
Counsel for Litigation                                         United States Attorney

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the current Director of OFCCP, Patricia Shiu, is substituted for former District Director, Mary Ann Sedlacek.

| | |
|---|---|
| Theresa Schneider Fromm<br>Senior Trial Attorney<br>United States Department of Labor<br>Office of the Solicitor<br>200 Constitution Ave., N.W.<br>Room N-2474<br>Washington, DC 20210 | JOSEPH W. LOBUE D.C. Bar #293514<br>Assistant Director<br>Federal Programs Branch<br><br> /s/ Lily S. Farel<br>LILY SARA FAREL (NC Bar # 35273)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. N.W.<br>Washington, D.C. 20001 |
| *Of Counsel for Defendants* | *Counsel for Defendants* |