# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UPMC BRADDOCK, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civ. A. No. 1:09-1210-PLF |
| HILDA L. SOLIS, Secretary, United States Department of Labor, et al., | ) |
| | ) |
| Defendants. | ) |

## [Proposed] ORDER

AND NOW, upon consideration of Defendants' Motion for Summary Judgment and supporting memoranda, it is hereby ORDERED that Defendants' Motion for Summary Judgment is GRANTED. Accordingly, the Clerk of this Court is directed to enter judgment for defendants.

_____, 2010               _____
                                                                Paul L. Friedman
                                                                United States District Judge