UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UPMC BRADDOCK, *et al.*, )<br>        ) <br>Plaintiffs, ) <br>        ) <br>v. ) <br>        ) <br>HILDA L. SOLIS, Secretary, ) <br>United States Department of Labor, *et al.*, ) <br>        ) <br>Defendants. ) | Case No. 1:09-cv-01210-PLF<br>**Honorable Paul L. Friedman** |

**[Proposed] ORDER**

AND NOW, this _____ day of _____, 20_____, after consideration of the cross-Motions for Summary Judgment filed by Plaintiffs and Defendants, as well as the Points and Authorities filed in connection therewith, IT IS HEREBY ORDERED that summary judgment be entered in favor of the Plaintiffs.  The Plaintiffs are not government subcontractors under the contract between UPMC Health Plan and the Office of Personnel Management, in which case the OFCCP was without jurisdiction to conduct the attempted audit which spawned these proceedings.  Accordingly, the May 29, 2009 Final Decision and Order of the Administrative Review Board is hereby set aside.

                                                                                Honorable Paul L. Friedman
                                                                                United States District Judge