IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
UPMC BRADDOCK, *et al.*,                            )
                                                    )
    Plaintiffs,                                )
                                                    )
    v.                                          )   Civil Action No. 09-1210 (PLF)
                                                    )
SETH D. HARRIS, Acting Secretary,                   )
United States Department of Labor, *et al.*,        )
                                                    )
    Defendants.                                 )
_____)

## NOTICE OF APPEAL

    Notice is hereby given that Plaintiffs, UPMC Braddock, UPMC McKeesport, and UPMC Southside, by and through undersigned counsel, appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment entered in this action on March 30, 2013, granting Defendants' motion for summary judgment, and from all rulings incorporated in that judgment.

Dated:  May 28, 2013                         Respectfully submitted,

                                                                         /s/ Peter Buscemi

John J. Myers (*pro hac vice*)              Peter Buscemi (D.C. Bar #269092)
Ryan J. Siciliano (*pro hac vice*)          William E. Doyle, Jr. (D.C. Bar # 498522)
ECKERT SEAMANS CHERIN                       MORGAN, LEWIS & BOCKIUS LLP
    & MELLOT, LLC                           1111 Pennsylvania Avenue, NW
U.S. Steel Tower                            Washington, D.C.  20004
600 Grant Street, 44th Floor                Tel: (202) 739-5190
Pittsburgh, PA  15219-2788                  Fax: (202) 739-3001
Tel: (412) 566-6000                         E-mail: pbuscemi@morganlewis.com
Fax: (412) 566-6099                                   wdoyle@morganlewis.com
E-mail: jmyers@eckertseamans.com
        rsiciliano@eckertseamans.com

Counsel for Plaintiffs
UPMC Braddock, UPMC McKeesport, and UPMC Southside